# UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF COLORADO

| | ) | |
|---|---|---|
| In re: | ) | Case No. 19-13486-EEB |
| Mobile Gallop, LLC | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

### TRUSTEE'S STATUS REPORT

Jeanne Y. Jagow, the duly appointed and acting Trustee for the within case, hereby submits this Status Report in response to this Court's Order For Status Report, and states as follows:

1. The Trustee is in the process of completing the liquidation of the assets in this case including any remaining accounts receivable. To date, the Trustee has liquidated assets totaling $604,486.66.

2. The Accountant for the Trustee is in the process of reviewing the assets liquidated to determine the bankruptcy estate's tax requirements.

3. The Trustee has completed the review of the claims filed in this case.

4. The Trustee anticipates the preparation of the Trustee's Final Report in this case by March 31, 2021.

Dated: July 22, 2020

Respectfully submitted,

/s/ Jeanne Y. Jagow
Chapter 7 Trustee
P.O. Box 271088
Littleton, CO 80127
Telephone: 303-798-1255
Facsimile:  303-265-9506
Email: trustee@jagowlaw.us