# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
### DENVER DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Mobile Gallop, LLC | § § | Case No. 19-13486 |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/26/2019. The undersigned trustee was appointed on 04/26/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 604,486.66 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,853.67 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 598,632.99 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/16/2019 and the deadline for filing governmental claims was 10/28/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $33,474.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $33,474.33, for a total compensation of $33,474.33[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $515.08, for total expenses of $515.08[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/08/2021          By: /s/Jeanne Y. Jagow Chapter 7 Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-13486 | EEB | Judge: | Elizabeth E. Brown | Trustee Name: | Jeanne Y. Jagow Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Mobile Gallop, LLC | | | | Date Filed (f) or Converted (c): | 04/26/2019 (f) |
| | | | | | 341(a) Meeting Date: | 06/04/2019 |
| For Period Ending: | 03/08/2021 | | | | Claims Bar Date: | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Checking Account 2153 | 571,907.91 | 571,907.91 | | 572,334.69 | FA |
| 2. Bank of America Checking Account 2140 | 26,881.97 | 26,881.97 | | 26,881.97 | FA |
| 3. Accounts Receivable | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 4. Computer equipment | 12,000.00 | 12,000.00 | | 5,270.00 | FA |
| 5. TMGA name - trademarked | 0.00 | 0.00 | | 0.00 | FA |
| 6. tmga.com internet domain name and website | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $680,789.88 | $680,789.88 | | $604,486.66 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3-8-2021 TFR prepared.

Initial Projected Date of Final Report (TFR): 03/31/2021    Current Projected Date of Final Report (TFR): 03/31/2021

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 19-13486 | Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee |
| Case Name: Mobile Gallop, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0975 |
| | Checking |
| Taxpayer ID No: XX-XXX4432 | Blanket Bond (per case limit): $54,420,450.00 |
| For Period Ending: 03/08/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/20 | | Transfer from Acct # xxxxxx8071 | Transfer of Funds | 9999-000 | $603,257.11 | | $603,257.11 |
| 01/05/21 | 1001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS , LA  70139 | 2020 Bond premium | 2300-000 | | $297.37 | $602,959.74 |
| 03/08/21 | 1002 | Damon Kaplan, CPA<br>Kaplan & Associates, P.C.<br>5500 Greenwood Plaza Blvd., Suite 100<br>Greenwood Village, CO , 80111 | Accountant's Fees & Expenses<br>per 3-5-2021 court order | | | $4,326.75 | $598,632.99 |
| | | Damon Kaplan, CPA | ($3,701.50) | 3410-000 | | | |
| | | Damon Kaplan, CPA | ($625.25) | 3420-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $603,257.11 | $4,624.12 |
| Less: Bank Transfers/CD's | $603,257.11 | $0.00 |
| Subtotal | $0.00 | $4,624.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,624.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*         Page Subtotals:   $603,257.11   $4,624.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 19-13486 | Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee |
| Case Name: Mobile Gallop, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: XXXXXX8071 |
| | Checking |
| Taxpayer ID No: XX-XXX4432 | Blanket Bond (per case limit): $54,420,450.00 |
| For Period Ending: 03/08/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/19 | 1 | Bank of America | Debtor bank account | | 1129-000 | $475,000.00 | | $475,000.00 |
| 05/16/19 | 2 | Bank of America | Debtor bank account | | 1129-000 | $26,700.00 | | $501,700.00 |
| 06/05/19 | | Bank of America | Debtor's bank accounts | | | $97,516.66 | | $599,216.66 |
| | | | Gross Receipts | $97,516.66 | | | | |
| | 1 | | Bank of America Checking Account 2153 | $97,334.69 | 1129-000 | | | |
| | 2 | | Bank of America Checking Account 2140 | $181.97 | 1129-000 | | | |
| 12/05/19 | 4 | Dickensheet & Associates, Inc. | Auction proceeds | | 1129-000 | $5,270.00 | | $604,486.66 |
| 12/05/19 | 51001 | Dickensheet & Associates, Inc. 1501 West Wesley Avenue, Denver CO 80223 | | | | | $1,065.66 | $603,421.00 |
| | | Dickensheet & Associates, Inc. | | ($790.50) | 3610-000 | | | |
| | | Dickensheet & Associates, Inc. | | ($275.16) | 3620-000 | | | |
| 01/16/20 | | Dickensheet & Associates, Inc. | Refund of overpayment | | 3620-000 | | ($111.79) | $603,532.79 |
| 01/16/20 | 51002 | International Sureties Ltd. Suite 420, New Orleans LA 70139 | Bond Premium | | 2300-000 | | $275.68 | $603,257.11 |
| 06/22/20 | | Transfer to Acct # xxxxxx0975 | Transfer of Funds | | 9999-000 | | $603,257.11 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $604,486.66 | $604,486.66 |
| Less: Bank Transfers/CD's | $0.00 | $603,257.11 |
| Subtotal | $604,486.66 | $1,229.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $604,486.66 | $1,229.55 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $604,486.66    $604,486.66

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0975 - Checking | $0.00 | $4,624.12 | $598,632.99 |
| XXXXXX8071 - Checking | $604,486.66 | $1,229.55 | $0.00 |
|  | $604,486.66 | $5,853.67 | $598,632.99 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $604,486.66 |
| Total Gross Receipts: | $604,486.66 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-13486-EEB  
Debtor Name: Mobile Gallop, LLC  
Claims Bar Date: 9/16/2019  

Date: March 8, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Jeanne Y. Jagow Trustee<br>P.O. Box 271088<br>Littleton, CO 80127 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $33,474.33 | $33,474.33 |
| 100 2200 | Jeanne Y. Jagow Trustee<br>P.O. Box 271088<br>Littleton, CO 80127 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $515.08 | $515.08 |
| Admin 100 3410 | Damon Kaplan, CPA<br>Kaplan & Associates, P.C.<br>5500 Greenwood Plaza Blvd., Suite 100<br>Greenwood Village, CO , 80111 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 06/06/2019<br><br>Chapter 7 admin expense - trustee's accountant's fees | $0.00 | $3,701.50 | $3,701.50 |
| Admin 100 3420 | Damon Kaplan, CPA<br>Kaplan & Associates, P.C.<br>5500 Greenwood Plaza Blvd., Suite 100<br>Greenwood Village, CO , 80111 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 06/06/2019<br><br>Chapter 7 admin expense - trustee's accountant's expenses | $0.00 | $625.25 | $625.25 |
| Admin 100 3610 | Dickensheet & Associates, Inc.<br>1501 West Wesley Avenue<br>Denver, CO 80223 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 07/08/2019<br><br>Chapter 7 admin expense - auctioneer's commission | $0.00 | $790.50 | $790.50 |
| Admin 100 3620 | Dickensheet & Associates, Inc.<br>1501 West Wesley Avenue<br>Denver, CO 80223 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 07/08/2019<br><br>Chapter 7 admin expense - auctioneer's expenses | $0.00 | $163.37 | $163.37 |
| 3b 580 5800 | Colorado Department of Revenue<br>1375 Sherman Street, Room 504<br>Denver, CO 80261-0004 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 07/01/2019<br><br>priority tax claim | $0.00 | $4,645.00 | $4,645.00 |
| 3 580 5800 | Colorado Department of Revenue<br>1375 Sherman Street, Room 504<br>Denver, CO 80261-0004 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 07/01/2019<br><br>priority secured tax claim - property liquidated by trustee | $0.00 | $212.00 | $212.00 |
| 6 580 5800 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 07/10/2019<br><br>Priority tax claim as amended 2-17-21 | $0.00 | $34,105.72 | $34,105.72 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-13486-EEB
Debtor Name: Mobile Gallop, LLC
Claims Bar Date: 9/16/2019

Date: March 8, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>580<br>5800 | Texas Workforce Commission<br>101 East 15th Street, Room 556<br>Austin, TX  78778-0001 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 07/15/2019<br><br>Priority tax claim | $0.00 | $457.65 | $457.65 |
| 1<br>710<br>7100 | Pioneer Funding Group, LLC<br>232 W. 116th St.<br>P.O. Box 1735<br>New York, NY 10026 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/11/2019<br><br>As assigned 12-30-2020 - Timely filed unsecured claim | $0.00 | $59,518.75 | $59,518.75 |
| 2<br>710<br>7100 | Jampp, Ltd<br>650 California St Fl 7<br>San Francisco, CA  94108 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/24/2019<br><br>Timely filed unsecured claim | $0.00 | $74,897.28 | $74,897.28 |
| 4<br>710<br>7100 | Andrew R. Bolduc<br>283 Orris Rd. - PO Box 1018<br>Thornton, NH  03223 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/05/2019<br><br>Timely filed unsecured claim | $0.00 | $165,000.00 | $165,000.00 |
| 5<br>710<br>7100 | Pioneer Funding Group, LLC<br>232 W. 116th St.<br>P.O. Box 1735<br>New York, NY 10026 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/05/2019<br><br>As assigned 12-30-2020 - Timely filed unsecured claim | $0.00 | $40,948.39 | $40,948.39 |
| 6b<br>710<br>7100 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/10/2019<br><br>Unsecured tax claim as amended 2-17-21 | $0.00 | $100.00 | $100.00 |
| 7<br>710<br>7100 | Pioneer Funding Group, LLC<br>232 W. 116th St.<br>P.O. Box 1735<br>New York, NY 10026 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/10/2019<br><br>As assigned 12-30-2020 - Timely filed unsecured claim as amended 7-11-19 | $0.00 | $208,114.39 | $208,114.39 |
| 8<br>710<br>7100 | Moloco, Inc.<br>119 University Ave<br>Palo Alto, CA  94301 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/12/2019<br><br>Timely filed unsecured claim | $0.00 | $8,316.71 | $8,316.71 |
| 10<br>710<br>7100 | TAB GmbH<br>Potsdamer Strabe 91<br>BERLIN, GERMANY, 10785 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/16/2019<br><br>Motion to Reclassify to Unsecured Nonpriority granted 12-8-2020 Doc #37 | $0.00 | $570.00 | $570.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-13486-EEB  
Debtor Name: Mobile Gallop, LLC  
Claims Bar Date: 9/16/2019  

Date: March 8, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 710 7100 | Liftoff Mobile, Inc. 555 Bryant St Ste 133 Palo Alto, CA 94301 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/22/2019 Timely filed unsecured claim | $0.00 | $1,487.00 | $1,487.00 |
| 12 710 7100 | Affle International Pte 100 Pasir Panjang Rd #06-07 SINGAPORE, 11 518 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/22/2019 Timely filed unsecured claim | $0.00 | $138,425.23 | $138,425.23 |
| 13 710 7100 | Pioneer Funding Group, LLC 232 W. 116th St. P.O. Box 1735 New York, NY 10026 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/23/2019 As assigned 12-30-2020 - Timely filed unsecured claim | $0.00 | $54,057.11 | $54,057.11 |
| 14 710 7100 | Altrooz, Inc. 6 Ash Ave Corte Madera, CA 94925 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/26/2019 Timely filed unsecured claim | $0.00 | $7,879.50 | $7,879.50 |
| 15 710 7100 | Hydrane SAS dba BidMotion 76 Rue du Faubourg Saint Denis Paris, France 75010 | Unsecured Payment Status: Valid To Pay | Date Filed: 08/01/2019 Timely filed unsecured claim | $0.00 | $55,705.50 | $55,705.50 |
| 16 710 7100 | Pioneer Funding Group, LLC 232 W. 116th St. P.O. Box 1735 New York, NY 10026 | Unsecured Payment Status: Valid To Pay | Date Filed: 08/12/2019 As assigned 12-30-2020 - Timely filed unsecured claim | $0.00 | $57,480.60 | $57,480.60 |
| 17 710 7100 | Applift GmbH nka ME mobile GmbH Karl-Liebknecht-Str. 32 10178 Berlin, Germany | Unsecured Payment Status: Valid To Pay | Date Filed: 08/15/2019 Timely filed unsecured claim | $0.00 | $71,242.75 | $71,242.75 |
| 18 710 7100 | NativeX, LLC 4150 2nd St S Ste 315 Saint Cloud, MN 56301 | Unsecured Payment Status: Valid To Pay | Date Filed: 08/26/2019 Timely filed unsecured claim | $0.00 | $24,996.22 | $24,996.22 |
| 19 710 7100 | Secco Squared LLC 255 W 36th St Ste 1501 New York, NY 10018 | Unsecured Payment Status: Valid To Pay | Date Filed: 09/13/2019 Timely filed unsecured claim | $0.00 | $46,483.25 | $46,483.25 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-13486-EEB                                                                                           Date: March 8, 2021
Debtor Name: Mobile Gallop, LLC
Claims Bar Date: 9/16/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20<br>720<br>7200 | Secco Squared LLC<br>255 W 36th St Ste 1501<br>New York, NY  10018 | Unsecured<br>Payment Status:<br>Invalid | Date Filed: 09/17/2019<br><br>duplicate of timely filed claim - objection needed if surplus funds found | $0.00 | $0.00 | $0.00 |
| 21<br>720<br>7200 | Gilispa GmbH<br>Girsh and Rottman P.C.<br>6000 E Evans Ave<br>Denver, CO  80222 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/08/2019<br><br>tardily filed unsecured claim | $0.00 | $67,436.00 | $67,436.00 |
| 3c<br>730<br>7300 | Colorado Department of Revenue<br>1375 Sherman Street, Room 504<br>Denver, CO  80261-0004 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/01/2019<br><br>unsecured penalty claim | $0.00 | $926.00 | $926.00 |
| 6c<br>730<br>7300 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/10/2019<br><br>Unsecured penalty claim as amended 2-17-21 | $0.00 | $15,505.00 | $15,505.00 |
| | Case Totals | | | $0.00 | $1,177,780.08 | $1,177,780.08 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-13486
Case Name: Mobile Gallop, LLC
Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee

Balance on hand $ 598,632.99

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeanne Y. Jagow Trustee | $ 33,474.33 | $ 0.00 | $ 33,474.33 |
| Trustee Expenses: Jeanne Y. Jagow Trustee | $ 515.08 | $ 0.00 | $ 515.08 |
| Accountant for Trustee Fees: Damon Kaplan, CPA | $ 3,701.50 | $ 3,701.50 | $ 0.00 |
| Accountant for Trustee Expenses: Damon Kaplan, CPA | $ 625.25 | $ 625.25 | $ 0.00 |
| Auctioneer Fees: Dickensheet & Associates, Inc. | $ 790.50 | $ 790.50 | $ 0.00 |
| Auctioneer Expenses: Dickensheet & Associates, Inc. | $ 163.37 | $ 163.37 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 33,989.41

Remaining Balance $ 564,643.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,420.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Colorado Department of Revenue | $ 212.00 | $ 0.00 | $ 212.00 |
| 3b | Colorado Department of Revenue | $ 4,645.00 | $ 0.00 | $ 4,645.00 |
| 6 | Internal Revenue Service Centralized Insolvency Operation | $ 34,105.72 | $ 0.00 | $ 34,105.72 |
| 9 | Texas Workforce Commission | $ 457.65 | $ 0.00 | $ 457.65 |
| | Total to be paid to priority creditors | | | $ 39,420.37 |
| | Remaining Balance | | | $ 525,223.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,015,222.68 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pioneer Funding Group, LLC | $ 59,518.75 | $ 0.00 | $ 30,791.89 |
| 2 | Jampp, Ltd | $ 74,897.28 | $ 0.00 | $ 38,747.94 |
| 4 | Andrew R. Bolduc | $ 165,000.00 | $ 0.00 | $ 85,362.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Pioneer Funding Group, LLC | $ 40,948.39 | $ 0.00 | $ 21,184.56 |
| 6b | Internal Revenue Service Centralized Insolvency Operation | $ 100.00 | $ 0.00 | $ 51.73 |
| 7 | Pioneer Funding Group, LLC | $ 208,114.39 | $ 0.00 | $ 107,667.52 |
| 8 | Moloco, Inc. | $ 8,316.71 | $ 0.00 | $ 4,302.63 |
| 10 | TAB GmbH | $ 570.00 | $ 0.00 | $ 294.89 |
| 11 | Liftoff Mobile, Inc. | $ 1,487.00 | $ 0.00 | $ 769.30 |
| 12 | Affle International Pte | $ 138,425.23 | $ 0.00 | $ 71,613.99 |
| 13 | Pioneer Funding Group, LLC | $ 54,057.11 | $ 0.00 | $ 27,966.33 |
| 14 | Altrooz, Inc. | $ 7,879.50 | $ 0.00 | $ 4,076.44 |
| 15 | Hydrane SAS dba BidMotion | $ 55,705.50 | $ 0.00 | $ 28,819.12 |
| 16 | Pioneer Funding Group, LLC | $ 57,480.60 | $ 0.00 | $ 29,737.46 |
| 17 | Applift GmbH nka ME mobile GmbH | $ 71,242.75 | $ 0.00 | $ 36,857.28 |
| 18 | NativeX, LLC | $ 24,996.22 | $ 0.00 | $ 12,931.74 |
| 19 | Secco Squared LLC | $ 46,483.25 | $ 0.00 | $ 24,048.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 525,223.21 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $67,436.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Gilispa GmbH | $ 67,436.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $16,431.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3c | Colorado Department of Revenue | $ 926.00 | $ 0.00 | $ 0.00 |
| 6c | Internal Revenue Service Centralized Insolvency Operation | $ 15,505.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |