# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Mobile Gallop, LLC | § § | Case No. 19-13486 |
| Debtor | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeanne Y. Jagow Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 70,000.00　　　　　　　　Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 564,643.58　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: NA

Total Expenses of Administration: 39,843.08

---

3) Total gross receipts of $604,486.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $604,486.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 39,843.08 | 39,843.08 | 39,843.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 670.74 | 39,420.37 | 39,420.37 | 39,420.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,702,722.92 | 1,099,089.68 | 1,099,089.68 | 525,223.21 |
| **TOTAL DISBURSEMENTS** | $1,703,393.66 | $1,178,353.13 | $1,178,353.13 | $604,486.66 |

4) This case was originally filed under chapter 7 on 04/26/2019. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2021             By:/s/Jeanne Y. Jagow Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Account 2140 | 1129-000 | 26,881.97 |
| Bank of America Checking Account 2153 | 1129-000 | 572,334.69 |
| Computer equipment | 1129-000 | 5,270.00 |
| TOTAL GROSS RECEIPTS | | $604,486.66 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Capital Investors, LLC | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeanne Y. Jagow | 2100-000 | NA | 33,474.33 | 33,474.33 | 33,474.33 |
| Jeanne Y. Jagow | 2200-000 | NA | 515.08 | 515.08 | 515.08 |
| International Sureties Ltd. | 2300-000 | NA | 275.68 | 275.68 | 275.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 297.37 | 297.37 | 297.37 |
| Damon Kaplan, CPA | 3410-000 | NA | 3,701.50 | 3,701.50 | 3,701.50 |
| Damon Kaplan, CPA | 3420-000 | NA | 625.25 | 625.25 | 625.25 |
| Dickensheet & Associates, Inc. | 3610-000 | NA | 790.50 | 790.50 | 790.50 |
| Dickensheet & Associates, Inc. | 3620-000 | NA | 163.37 | 163.37 | 163.37 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $39,843.08 | $39,843.08 | $39,843.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Colorado Department of Revenue | 5800-000 | 254.74 | 212.00 | 212.00 | 212.00 |
| 3b | Colorado Department of Revenue | 5800-000 | 0.00 | 4,645.00 | 4,645.00 | 4,645.00 |
| 6 | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | 0.00 | 34,105.72 | 34,105.72 | 34,105.72 |
| 9 | Texas Workforce Commission | 5800-000 | 416.00 | 457.65 | 457.65 | 457.65 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $670.74 | $39,420.37 | $39,420.37 | $39,420.37 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adam Schmisek | | 1,105.00 | NA | NA | 0.00 |
| | Creative Clicks | | 91,576.00 | NA | NA | 0.00 |
| | Cross Audience | | 128,196.75 | NA | NA | 0.00 |
| | Cross Install | | 5,840.60 | NA | NA | 0.00 |
| | Davis Graham Stubbs | | 14,087.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Digital Turbine | | 22,218.70 | NA | NA | 0.00 |
| | GummiCube | | 3,996.00 | NA | NA | 0.00 |
| | Headway Digital NorthAmerica, LLC | | 19,674.00 | NA | NA | 0.00 |
| | InMobi PTE Ltd | | 33,790.80 | NA | NA | 0.00 |
| | Jump Ramp Games, Inc. | | 32,002.00 | NA | NA | 0.00 |
| | Koneo | | 8,450.00 | NA | NA | 0.00 |
| | MediaMint | | 11,416.66 | NA | NA | 0.00 |
| | Mobvista International Technology Ltd | | 36,996.22 | NA | NA | 0.00 |
| | Pinsight Media+ Inc | | 123,239.35 | NA | NA | 0.00 |
| | RevX | | 5,080.27 | NA | NA | 0.00 |
| | StartApp Inc. | | 6,541.25 | NA | NA | 0.00 |
| | Tapjoy, Inc. | | 178.50 | NA | NA | 0.00 |
| | Taptica International LTD | | 28,640.25 | NA | NA | 0.00 |
| | Thalamus | | 1,652.00 | NA | NA | 0.00 |
| | Unity Technologies ApS | | 27,215.50 | NA | NA | 0.00 |
| | Vungle | | 28,937.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | YouAppi Inc | | 3,731.50 | NA | NA | 0.00 |
| 12 | Affle International Pte | 7100-000 | 138,425.23 | 138,425.23 | 138,425.23 | 71,613.99 |
| 14 | Altrooz, Inc. | 7100-000 | 7,879.50 | 7,879.50 | 7,879.50 | 4,076.44 |
| 4 | Andrew R. Bolduc | 7100-000 | 162,000.00 | 165,000.00 | 165,000.00 | 85,362.39 |
| 17 | Applift GmbH nka ME mobile GmbH | 7100-000 | 71,242.75 | 71,242.75 | 71,242.75 | 36,857.28 |
| 15 | Hydrane SAS dba BidMotion | 7100-000 | 55,705.50 | 55,705.50 | 55,705.50 | 28,819.12 |
| 6b | Internal Revenue Service Centralized Insolvency Operation | 7100-000 | 90.00 | 100.00 | 100.00 | 51.73 |
| 2 | Jampp, Ltd | 7100-000 | 74,897.28 | 74,897.28 | 74,897.28 | 38,747.94 |
| 11 | Liftoff Mobile, Inc. | 7100-000 | 1,319.00 | 1,487.00 | 1,487.00 | 769.30 |
| 8 | Moloco, Inc. | 7100-000 | 3,739.07 | 8,316.71 | 8,316.71 | 4,302.63 |
| 18 | NativeX, LLC | 7100-000 | 25,000.00 | 24,996.22 | 24,996.22 | 12,931.74 |
| 1 | Pioneer Funding Group, LLC | 7100-000 | 59,518.75 | 59,518.75 | 59,518.75 | 30,791.89 |
| 13 | Pioneer Funding Group, LLC | 7100-000 | 50,273.96 | 54,057.11 | 54,057.11 | 27,966.33 |
| 16 | Pioneer Funding Group, LLC | 7100-000 | 57,480.60 | 57,480.60 | 57,480.60 | 29,737.46 |
| 5 | Pioneer Funding Group, LLC | 7100-000 | 40,948.39 | 40,948.39 | 40,948.39 | 21,184.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Pioneer Funding Group, LLC | 7100-000 | 202,266.79 | 208,114.39 | 208,114.39 | 107,667.52 |
| 19 | Secco Squared LLC | 7100-000 | 46,483.25 | 46,483.25 | 46,483.25 | 24,048.00 |
| 10 | TAB GmbH | 7100-001 | 570.00 | 570.00 | 570.00 | 294.89 |
| 21 | Gilispa GmbH | 7200-000 | 55,027.75 | 67,436.00 | 67,436.00 | 0.00 |
| 3c | Colorado Department of Revenue | 7300-000 | 714.55 | 926.00 | 926.00 | 0.00 |
| 6c | Internal Revenue Service Centralized Insolvency Operation | 7300-000 | 14,575.20 | 15,505.00 | 15,505.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,702,722.92 | $1,099,089.68 | $1,099,089.68 | $525,223.21 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-13486 | EEB | Judge: | Elizabeth E. Brown | Trustee Name: | Jeanne Y. Jagow Chapter 7 Trustee |
| Case Name: | Mobile Gallop, LLC | | | | Date Filed (f) or Converted (c): | 04/26/2019 (f) |
| | | | | | 341(a) Meeting Date: | 06/04/2019 |
| For Period Ending: | 10/07/2021 | | | | Claims Bar Date: | 09/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Checking Account 2153 | 571,907.91 | 571,907.91 | | 572,334.69 | FA |
| 2. Bank of America Checking Account 2140 | 26,881.97 | 26,881.97 | | 26,881.97 | FA |
| 3. Accounts Receivable | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 4. Computer equipment | 12,000.00 | 12,000.00 | | 5,270.00 | FA |
| 5. TMGA name - trademarked | 0.00 | 0.00 | | 0.00 | FA |
| 6. tmga.com internet domain name and website | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $680,789.88 | $680,789.88 | | $604,486.66 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-17-2021 Unclaimed funds issued to COC.
5-3-2021 Checks cut.

Initial Projected Date of Final Report (TFR): 03/31/2021     Current Projected Date of Final Report (TFR): 03/31/2021

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-13486 | Trustee Name: | Jeanne Y. Jagow Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Mobile Gallop, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0975 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4432 | Blanket Bond (per case limit): | $58,926,307.00 |
| For Period Ending: | 10/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/20 | | Transfer from Acct # xxxxxx8071 | Transfer of Funds | 9999-000 | $603,257.11 | | $603,257.11 |
| 01/05/21 | 1001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA  70139 | 2020 Bond premium | 2300-000 | | $297.37 | $602,959.74 |
| 03/08/21 | 1002 | Damon Kaplan, CPA Kaplan & Associates, P.C. 5500 Greenwood Plaza Blvd., Suite 100 Greenwood Village, CO , 80111 | Accountant's Fees & Expenses per 3-5-2021 court order | | | $4,326.75 | $598,632.99 |
| | | Damon Kaplan, CPA | ($3,701.50) | 3410-000 | | | |
| | | Damon Kaplan, CPA | ($625.25) | 3420-000 | | | |
| 05/03/21 | 1003 | Jeanne Y. Jagow Trustee P.O. Box 271088 Littleton, CO 80127 | Distribution | | | $33,989.41 | $564,643.58 |
| | | Jeanne Y. Jagow Trustee | Final distribution creditor account # representing a payment of 100.00 % per court order. ($33,474.33) | 2100-000 | | | |
| | | Jeanne Y. Jagow Trustee | Final distribution creditor account # representing a payment of 100.00 % per court order. ($515.08) | 2200-000 | | | |
| 05/03/21 | 1004 | Colorado Department of Revenue 1375 Sherman Street, Room 504 Denver, CO  80261-0004 | Distribution | | | $4,857.00 | $559,786.58 |
| | | Colorado Department of Revenue | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. ($212.00) | 5800-000 | | | |
| | | Colorado Department of Revenue | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. ($4,645.00) | 5800-000 | | | |
| 05/03/21 | 1005 | Internal Revenue Service Centralized Insolvency Operation PO Box 7317 Philadelphia, PA  19101-7317 | Distribution | | | $34,157.45 | $525,629.13 |

| | | | Page Subtotals: | | $603,257.11 | $77,627.98 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 19-13486 | Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee | |
| Case Name: Mobile Gallop, LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0975 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4432 | Blanket Bond (per case limit): $58,926,307.00 | |
| For Period Ending: 10/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Internal Revenue Service Centralized Insolvency Operation | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | ($34,105.72) 5800-000 | | | |
| | | Internal Revenue Service Centralized Insolvency Operation | Final distribution to claim 6 creditor account # representing a payment of 51.73 % per court order. | ($51.73) 7100-000 | | | |
| 05/03/21 | 1006 | Texas Workforce Commission 101 East 15th Street, Room 556 Austin, TX 78778-0001 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $457.65 | $525,171.48 |
| 05/03/21 | 1007 | Pioneer Funding Group, LLC 232 W. 116th St. P.O. Box 1735 New York, NY 10026 | Final distribution to claim 1 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $30,791.89 | $494,379.59 |
| 05/03/21 | 1008 | Jampp, Ltd c/o Diego Meller 895 Chamberlain Ct Mill Valley, CA 94941 | Final distribution to claim 2 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $38,747.94 | $455,631.65 |
| 05/03/21 | 1009 | Andrew R. Bolduc 283 Orris Rd. - PO Box 1018 Thornton, NH 03223 | Final distribution to claim 4 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $85,362.39 | $370,269.26 |
| 05/03/21 | 1010 | Pioneer Funding Group, LLC 232 W. 116th St. P.O. Box 1735 New York, NY 10026 | Final distribution to claim 5 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $21,184.56 | $349,084.70 |
| 05/03/21 | 1011 | Pioneer Funding Group, LLC 232 W. 116th St. P.O. Box 1735 New York, NY 10026 | Final distribution to claim 7 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $107,667.52 | $241,417.18 |
| 05/03/21 | 1012 | Moloco, Inc. 119 University Ave Palo Alto, CA 94301 | Final distribution to claim 8 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $4,302.63 | $237,114.55 |

Page Subtotals:           $0.00     $288,514.58

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 19-13486 | Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee |
| Case Name: | Mobile Gallop, LLC | Bank Name: Axos Bank |
| | | Account Number/CD#: XXXXXX0975 |
| | | Checking |
| Taxpayer ID No: | XX-XXX4432 | Blanket Bond (per case limit): $58,926,307.00 |
| For Period Ending: | 10/07/2021 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/21 | 1013 | TAB GmbH<br>Potsdamer Strabe 91<br>BERLIN, GERMANY, 10785 | Final distribution to claim 10 creditor account # representing a payment of 51.74 % per court order. | 7100-000 | | $294.89 | $236,819.66 |
| 05/03/21 | 1014 | Liftoff Mobile, Inc.<br>555 Bryant St Ste 133<br>Palo Alto, CA 94301 | Final distribution to claim 11 creditor account # representing a payment of 51.74 % per court order. | 7100-000 | | $769.30 | $236,050.36 |
| 05/03/21 | 1015 | Affle International Pte<br>100 Pasir Panjang Rd #06-07<br>SINGAPORE, 11 518 | Final distribution to claim 12 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $71,613.99 | $164,436.37 |
| 05/03/21 | 1016 | Pioneer Funding Group, LLC<br>232 W. 116th St.<br>P.O. Box 1735<br>New York, NY 10026 | Final distribution to claim 13 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $27,966.33 | $136,470.04 |
| 05/03/21 | 1017 | Altrooz, Inc.<br>6 Ash Ave<br>Corte Madera, CA 94925 | Final distribution to claim 14 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $4,076.44 | $132,393.60 |
| 05/03/21 | 1018 | Hydrane SAS dba BidMotion<br>76 Rue du Faubourg Saint Denis<br>Paris, France 75010 | Final distribution to claim 15 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $28,819.12 | $103,574.48 |
| 05/03/21 | 1019 | Pioneer Funding Group, LLC<br>232 W. 116th St.<br>P.O. Box 1735<br>New York, NY 10026 | Final distribution to claim 16 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $29,737.46 | $73,837.02 |
| 05/03/21 | 1020 | Applift GmbH nka ME mobile GmbH<br>Karl-Liebknecht-Str. 32<br>10178 Berlin, Germany | Final distribution to claim 17 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $36,857.28 | $36,979.74 |
| 05/03/21 | 1021 | NativeX, LLC<br>4150 2nd St S Ste 315<br>Saint Cloud, MN 56301 | Final distribution to claim 18 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $12,931.74 | $24,048.00 |

Page Subtotals: $0.00 $213,066.55

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-13486 | Trustee Name: | Jeanne Y. Jagow Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Mobile Gallop, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0975 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4432 | Blanket Bond (per case limit): | $58,926,307.00 |
| For Period Ending: | 10/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/21 | 1022 | Secco Squared LLC<br>255 W 36th St Ste 1501<br>New York, NY 10018 | Final distribution to claim 19 creditor account # representing a payment of 51.73 % per court order. | 7100-000 | | $24,048.00 | $0.00 |
| 08/12/21 | 1013 | TAB GmbH<br>Potsdamer Strabe 91<br>BERLIN, GERMANY, 10785 | Final distribution to claim 10 creditor account # representing a payment of 51.74 % per court order. Reversal | 7100-000 | | ($294.89) | $294.89 |
| 09/17/21 | 1023 | Clerk, U.S. Bankruptcy Court<br>721 19th Street<br>Denver, CO 80202 | UNCLAIMED DISTRIBUTION claim 10 TAB GbmH | 7100-001 | | $294.89 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $603,257.11 | $603,257.11 |
| Less: Bank Transfers/CD's | $603,257.11 | $0.00 |
| Subtotal | $0.00 | $603,257.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $603,257.11 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*     Page Subtotals:     $0.00     $24,048.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 19-13486 | Trustee Name: Jeanne Y. Jagow Chapter 7 Trustee |
| Case Name: Mobile Gallop, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: XXXXXX8071 |
| | Checking |
| Taxpayer ID No: XX-XXX4432 | Blanket Bond (per case limit): $58,926,307.00 |
| For Period Ending: 10/07/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/19 | 1 | Bank of America | Debtor bank account | 1129-000 | $475,000.00 | | $475,000.00 |
| 05/16/19 | 2 | Bank of America | Debtor bank account | 1129-000 | $26,700.00 | | $501,700.00 |
| 06/05/19 | | Bank of America | Debtor's bank accounts | | $97,516.66 | | $599,216.66 |
| | | | Gross Receipts $97,516.66 | | | | |
| | 1 | | Bank of America Checking Account 2153 $97,334.69 | 1129-000 | | | |
| | 2 | | Bank of America Checking Account 2140 $181.97 | 1129-000 | | | |
| 12/05/19 | 4 | Dickensheet & Associates, Inc. | Auction proceeds | 1129-000 | $5,270.00 | | $604,486.66 |
| 12/05/19 | 51001 | Dickensheet & Associates, Inc. 1501 West Wesley Avenue, Denver CO 80223 | | | | $1,065.66 | $603,421.00 |
| | | Dickensheet & Associates, Inc. | ($790.50) | 3610-000 | | | |
| | | Dickensheet & Associates, Inc. | ($275.16) | 3620-000 | | | |
| 01/16/20 | | Dickensheet & Associates, Inc. | Refund of overpayment | 3620-000 | | ($111.79) | $603,532.79 |
| 01/16/20 | 51002 | International Sureties Ltd. Suite 420, New Orleans LA 70139 | Bond Premium | 2300-000 | | $275.68 | $603,257.11 |
| 06/22/20 | | Transfer to Acct # xxxxxx0975 | Transfer of Funds | 9999-000 | | $603,257.11 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $604,486.66 | $604,486.66 |
| Less: Bank Transfers/CD's | $0.00 | $603,257.11 |
| Subtotal | $604,486.66 | $1,229.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $604,486.66 | $1,229.55 |

| | | |
|---|---:|---:|
| Page Subtotals: | $604,486.66 | $604,486.66 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0975 - Checking | $0.00 | $603,257.11 | $0.00 |
| XXXXXX8071 - Checking | $604,486.66 | $1,229.55 | $0.00 |
| | $604,486.66 | $604,486.66 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $604,486.66 |
| Total Gross Receipts: | $604,486.66 |

Page Subtotals:   $0.00   $0.00